# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ CALIFORNIA _____

FILED
08 MAR 10 PM 3:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

ALL MONIES contained in account numbers 11823-07920 and 11829-41597 in the name of Devin Jan BOYD held at Bank of America, with a mailing address of 8949 Clairmont Mesa Boulevard, San Diego, California.

## SEIZURE WARRANT

CASE NUMBER: '08 MJ 0720

TO: DEA Task Force Officer, Cary H. Dressler  and any Authorized Officer of the United States

Affidavit(s) having been made before me by DEA Task Force Officer, Cary H. Dressler (Affiant) who has reason to believe that in the SOUTHERN District of CALIFORNIA there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

ALL MONIES contained in account numbers 11823-07920 and 11829-41597 in the name of Devin Jan BOYD held at Bank of America, with a mailing address of 8949 Clairmont Mesa Boulevard, San Diego, California.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to CATHY ANN BENCIVENGO
U.S. Judge or Magistrate
as required by law.

3/6/08 @ 2:15 pm              at San Diego, CALIFORNIA
Date and Time Issued              City and State

**CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

|  | RETURN |  |
|---|---|---|
| DATE WARRANT RECEIVED 3/6/08 | DATE AND TIME WARRANT EXECUTED 3/6/08 3:45 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH JOSHUA CARDOSO |
| INVENTORY MADE IN THE PRESENCE OF U.S. MAGISTRATE JUDGE CATHY ANN BENCIVENGO AUDREY LANDINI |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

ONE BANK OF AMERICA CASHIERS CHECK NUMBER 417900948 IN THE AMOUNT OF $20,256.01 PAYABLE TO THE UNITED STATES MARSHALS

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   3/10/08
U.S. Judge or Magistrate   Date